UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LOCAL UNION 17 OF THE STATE OF MAINE )<br>OF THE SHEET METAL WORKERS' )<br>INTERNATIONAL ASSOCIATION )<br>a local branch of a national labor union )<br>with an office in Lewiston, Maine, )<br>   )<br>   and )<br>   )<br>   )     Civil Action<br>THE TRUSTEES OF )     Docket No.2:06-CV-101<br>THE MONEY PURCHASE )<br>RETIREMENT PLAN )<br>OF THE SHEET METAL WORKERS OF MAINE )<br>   )<br>   Plaintiffs )<br>   )<br>   v. )<br>   )<br>SUPERIOR AIR SYSTEMS, INC. )<br>a Maine corporation with its )<br>principal place of business in )<br>Lewiston, Maine, )<br>   )<br>   Defendant )<br>   ) | |

## JUDGMENT AND WAIVER OF APPEAL

Plaintiffs Local Union 17 of the State of Maine of the Sheet Metal Workers' International Association ("Local 17") and Money Purchase Retirement Plan of Sheet Metal Workers of Maine (the "Plan") (collectively "Plaintiffs") and undersigned defendant, Superior Air Systems, Inc. ("Defendant") hereby consent to the entry of a judgment by this Court against Defendant and in favor of Plaintiffs in the amount of $9,596.54.  Defendant also hereby waives its right to appeal this judgment.

Date:  2/7/07                           **SUPERIOR AIR SYSTEMS, INC.**

                                          By: */s/ Brian Houle*
                                          Its: CEO


Date:  2/16/07                          **LOCAL UNION 17 OF THE STATE OF MAINE OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION**

                                            By: */s/ Donald Nazaroff*
                                            Its: Labor/Management Representative


Date:  2/16/07                          **MONEY PURCHASE RETIREMENT PLAN OF SHEET METAL WORKERS OF MAINE**

                                            By: */s/ Frederic Howe*
                                            Its: Administrator



Date:  2/22/07                          /s/ George Z. Singal
                                            Chief U.S. District Judge